

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00039-CV

| | | |
|---|---|---|
| Brooke A. Weeks and Candi Weeks | § | From the 271st District Court |
| v. | § | of Wise County (CV10-10-814) |
| Bank of America, N.A. f/k/a BAC Home Loans Servicing, L.P. f/k/a Countrywide Home Loans Servicing, LP | § | January 30, 2014 |
| | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Brooke A. Weeks and Candi Weeks shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By \_\_/s/ Terrie Livingston_____
Chief Justice Terrie Livingston